USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| IVAN ALVARADO MALDONADO, | 23 Cr. 126 (LAK) |
| Defendant. | |

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before Chief United States Magistrate Judge James L. Cott on August 1, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for November 15, 2023, at 11 a.m.

**SO ORDERED:**

Dated: New York, New York
          8-4-2023

/s/ Lewis A. Kaplan
_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK