```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #:
                                                    DATE FILED: 11/15/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
United States of America,

         vs.                                      23 CR 126 (LAK)

Ivan Alvarado Maldonado,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

      The Court having today sentenced this defendant to timer served,

      IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant Ivan Alvarado Maldonado, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: 11/15/2023

                                                                  Lewis A. Kaplan
                                                         United States District Judge